# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

486
CA 13-00388
PRESENT: SMITH, J.P., CARNI, SCONIERS, AND VALENTINO, JJ.

---

SUSAN GATELY, PLAINTIFF-RESPONDENT,

V                                    MEMORANDUM AND ORDER

JAMES GATELY, DEFENDANT-APPELLANT.
----------------------------------------
THOMAS A. PALMER, RECEIVER, RESPONDENT.
(APPEAL NO. 2.)

---

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (JOHN A. CIRANDO OF COUNSEL), FOR DEFENDANT-APPELLANT.

DAMON MOREY LLP, BUFFALO (MICHAEL J. WILLETT OF COUNSEL), AND J. ADAMS & ASSOCIATES, PLLC, WILLIAMSVILLE, FOR PLAINTIFF-RESPONDENT.

LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (JOHN A. COLLINS OF COUNSEL), FOR RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered May 3, 2012. The order vacated a notice of pendency filed by defendant against plaintiff and the receiver.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Gately v Gately* ([appeal No. 1] ___ AD3d ___ [May 2, 2014]).

Entered:  May 2, 2014                          Frances E. Cafarell
                                               Clerk of the Court